## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LARRY SHAW**                                                                                   **PETITIONER**

**VS.**                             **CASE NO. 5:05CV00272 WRW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                            **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED this 6th day of March, 2006.

                                                           /s/ Wm. R.Wilson,Jr.
                                         UNITED STATES DISTRICT JUDGE